**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 14-20161-CIV-SEITZ

MICHAEL MONTGOMERY,

    Plaintiff,

v.

MIDTOWN TOWING OF MIAMI and
JORGE SALAZAR,

    Defendants.
_____/

### ORDER DENYING MOTION FOR ENTRY OF AMENDED FINAL JUDGMENT

This matter is before the Court on Plaintiff's Verified Motion for Entry of Amended Final Judgment [DE-66]. According to Plaintiff, after final judgment was entered in Plaintiff's favor in the amount of $75,523.46 [*see* DE-64], Defendants agreed to a payment plan to satisfy the judgment. Under that plan, Plaintiff would be entitled to the entry of a larger judgment if Defendants defaulted. Defendants have defaulted, so Plaintiff now seeks the entry of an $80,000 judgment in his favor.

However, this Court lacks jurisdiction to do so. Plaintiff does not seek to enforce the final judgment; he seeks to enforce what is essentially a settlement agreement to satisfy that judgment. Because the Court has never retained jurisdiction over this settlement agreement, its enforcement "is for state courts." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 382 (1994). Accordingly, it is hereby

    ORDERED that

Plaintiff's Verified Motion [DE-66] is DENIED.

DONE AND ORDERED in Miami, Florida, this 8th day of July, 2015.

/s/ Patricia A. Seitz
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE
